DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNIE MONROE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-200

[September 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 15-3612 CF10A.

Carey Haughwout, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed. *Hooks v. State,* 236 So. 3d 1122 (Fla. 1st DCA 2017), *review granted,* SC18-1106, 2018 WL 4616392 (Fla. Sept. 4, 2018).

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*